USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMD GLOBAL PARTNERS (USA), LLC,

               Plaintiff,

        -against-

WORKHORSE GROUP, INC.,

               Defendant.

1:25-cv-09298 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The parties have advised the Court that they have reached a settlement.  [ECF No. 29]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by July 4, 2026.  If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  IT IS FURTHER ORDERED that the conference scheduled for June 16, 2026 is ADJORUNED *sine die*.

The Clerk of Court is respectfully requested to terminate docket entry 29.

SO ORDERED.

Date:  **June 4, 2026**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**